**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 22, 2016.**



In The

# Fourteenth Court of Appeals

## NO. 14-16-00878-CV

## GEORGE BUCHANAN, RICHARD METODIEV, CHRISTOPHER TAYLOR, ANTHONY WALDING, AND BIJ MOTORS TX LLC D/B/A MERCEDES-BENZ OF THE WOODLANDS, Appellants

## V.

## HOUSTON AUTO M. IMPORTS D/B/A MERCEDES-BENZ OF HOUSTON NORTH, Appellee

### On Appeal from the 333rd District Court
### Harris County, Texas
### Trial Court Cause No. 2016-69685

## M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from an order denying appellants' motion to compel arbitration. On December 16, 2016, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and Donovan.